1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7    UNITED STATES OF AMERICA,                )
                                              )
8                    Plaintiff,               )
                                              )
9            v.                               )          2:08-CR-307-PMP-PAL
                                              )
10   KRYSTALYN NORTHWICK,                      )
                                              )
11   _____Defendant._____)

12                             **ORDER OF FORFEITURE**

13          On April 5, 2010, defendant Krystalyn Northwick pled guilty to a One-Count Criminal

14   Indictment charging her with Possession of Fifteen or More Counterfeit or Unauthorized Access

15   Devices in violation of 18 U.S.C. § 1029(a)(3) and agreed to the forfeiture of property set forth in the

16   Forfeiture Allegation in the Criminal Indictment.

17          This Court finds that Krystalyn Northwick shall pay a criminal forfeiture money judgment

18   of $80,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim.

19   P. 32.2(b)(1) and (2) and 18 U.S.C. § 982(a)(2)(B).

20          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

21   States recover from Krystalyn Northwick a criminal forfeiture money judgment in the amount of

22   $80,000.00 in United States Currency.

23          DATED this ___ 5th day of April, 2010

24

25                                          _____

26                                          UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Jacqueline L. Peltier, certify that the following individuals were served with copies of the Order of Forfeiture on April 5, 2010, by the below identified method of service:

E-mail/ECF

Mace J. Yampolsky
Mace Yampolsky, Ltd.
625 S. Sixth Street
Las Vegas, Nevada 89101
Mace@macelaw.com
*Counsel for Krystalyn Northwick*

/s/ Jacqueline L. Peltier
JACQUELINE L. PELTIER
Paralegal Specialist