```
                                    FILED
                                   JUL 2 6 2010
                              CLERK, U.S. DISTRICT COURT
                                DISTRICT OF NEVADA
                              BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:08-CR-307-PMP (PAL) |
| KRYSTALYN NORTHWICK, ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on April 5, 2010, that KRYSTALYN NORTHWICK shall pay a criminal forfeiture money judgment of $80,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States code, Section 982(a)(2)(B).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KRYSTALYN NORTHWICK a criminal forfeiture money judgment in the amount of $77,857.02 [handwritten, replacing $80,000.00] in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States code, Section 982(a)(2)(B).

DATED this 26th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE