RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Counsel for Krystalyn Northwick

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRYSTALYN NORTHWICK<br><br>Defendant. | 2:08-cr-307-PMP-PAL<br><br>**UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

COMES NOW the defendant, KRYSTALYN NORTHWICK, by and through her attorney of record, Assistant Federal Public Defender, Shari L. Kaufman and submits this unopposed request for early termination of supervision.

DATED this 27th day of February, 2014.

RENE L. VALLADARES
Federal Public Defender

*/s/ Shari L. Kaufmn*

SHARI L. KAUFMAN
Assistant Federal Public Defender

**STATEMENT OF FACTS**

Krystalyn Northwick (hereinafter "Ms. Northwick") was indicted on November 18, 2008 in a one-count Criminal Indictment charging her with Possession of Fifteen or more Counterfeit or Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(3). (CR 1). On April 5, 2010, Ms. Northwick plead guilty to Count One of the Criminal Indictment pursuant to a plea agreement. (CR. 41). On July 26, 2010, Ms. Northwick was sentenced to 18 months in the custody of the BOP followed by three years of supervised release. (CR 50). The term of three years of supervision commenced on January 27, 2012.

**ARGUMENT**

Ms. Northwick has been on supervision 24 months (two-thirds of her term) and has completed all conditions of her supervision. Ms. Northwick has had only two minor violations, no new charges or any problems with supervision. Ms. Northwick now moves to terminate her supervision early.

Ms. Northwick's Probation Officer, Rebecca Capstick, indicates that she has complied with all the conditions of her supervised release. Further she indicates she has consistently made her monthly restitution payments. (*See* Case Inquiry Report, attached as Exhibit A.) At this time, Ms. Northwick is not receiving any more services from probation and has no outstanding requirements of supervision to fulfill. Ms. Northwick understands that her obligation to make the restitution payments continues until the total amount is paid.

Pursuant to 18 U.S.C. §3583(e)(1), the Court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(b), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7). - - terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Ms. Northwick is statutorily eligible for early termination: she has been on supervision for over a year. See 18 U.S.C. § 3583(e)(1) (the court may terminate supervision after the expiration of one year). There are no negative factors that weigh against granting the relief requested.

Early termination of Ms. Northwick' supervision is warranted by her conduct and it is in the interest of justice. Since starting supervision, Ms. Northwick has been a stable and contributing member of her community and family.

Ms. Northwick has not experienced any events or circumstances which would create a risk or would require further supervision. Thus, further supervision is unnecessary and early termination is warranted.

Accordingly, Ms. Northwick respectfully requests that the Court terminate the remainder of his supervision. Assistant United States Attorney Kimberly M. Frayn does not oppose this request.

DATED this 27th day of February, 2014.

>                    Respectfully submitted,
>
>                    RENE L. VALLADARES
>                    Federal Public Defender
>
>                    */s/ Shari L. Kaufman*
>                    _____
>                    SHARI L. KAUFMAN
>                    Assistant Federal Public Defender
>                    Counsel for Krystalyn Northwick

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. District Judge
February 27, 2014

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 27, 2014, she served an electronic copy of the above and foregoing **Unopposed Motion for Early Termination of Supervised Release,** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
KIMBERLY FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

Via Electronic Mail to:

UNITED STATES PROBATION
REBECCA CAPSTICK
United States Probation Officer

*/s/ Claudia V. Lopez*
Employee of the Federal Public Defender

4